UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eddie Wagle,

              Plaintiff(s),

v.                                      Case No. 2:19–cv–13787–MAG–PTM
                                              Hon. Mark A. Goldsmith

Corizon, et al.,

              Defendant(s),

## NOTICE TO APPEAR REMOTELY

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  January 26, 2026 at 01:00 PM

    The public may access the audio proceedings with the following connection information:

    ***PHONE NUMBER:*** +1 (646) 828–7666
    ***MEETING ID:***     161 488 5412

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                       By: s/Joseph Heacox
                                                                          Case Manager

Dated:   January 12, 2026